IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03329-RPM-KLM

CHRISTIAN FARMS, LLC,

    Plaintiff,

v.

MARK A. WEIAND, and
LORI R. WEIAND,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion for Default Judgment** [Docket No. 8; Filed January 20, 2012] (the "Motion"). The Motion is referred to the undersigned [#10]. Counsel for Plaintiff failed to include a Certificate of Service with the Motion as required by Fed. R. Civ. P. 5(d) and D.C.COLO.LCivR 5.1G. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**.

    Dated:  January 23, 2012