IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  11-cv-03329-RPM-KLM

CHRISTIAN FARMS, LLC,

    Plaintiff,

v.

MARK A. WEIAND and
LORI R. WEIAND,

    Defendants.

---

ORDER VACATING CLERK'S ENTRY OF DEFAULT, PERMITTING LATE FILING OF ANSWER
AND VACATING ORDER OF REFERENCE

---

    Upon consideration of the defendants' Verified Motion to Set Aside Clerk's Entry of Default, filed February 14, 2012, with the Answer tendered with the motion and the plaintiff's response, filed February 15, 2012, it is

    ORDERED the defendants' motion to set aside clerk's entry of default is granted and the entry of default by the Clerk on January 19, 2012 is vacated; the Answer tendered by the defendants on February 14, 2012 is filed; the Order of Reference to Magistrate Judge on the motion for default judgment of January 23, 2012 is withdrawn and the motion for default judgment is moot.

    Dated: February 15th , 2012

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge