IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03329-RPM

CHRISTIAN FARMS, LLC,

      Plaintiff,

v.

MARK A. WEIAND and
LORI R. WEIAND,

      Defendants.

---

## ORDER MODIFYING SCHEDULING ORDER

---

Pursuant to the Unopposed Motion to Modify Scheduling Order [28] filed April 26, 2012, it is

ORDERED that the Scheduling Order is modified as follows:

| | |
|---|---|
| Deadline to Join or Amend: | June 4, 2012 |
| Plaintiff's Designation of Experts: | June 29, 2012 |
| Defendant's Designation of Experts: | July 30, 2012 |
| Plaintiff's Rebuttal Designation | August 20, 2012 |

Dated: April 27th, 2012

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior District Judge