IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03329-RPM-KLM

CHRISTIAN FARMS, LLC,

    Plaintiff,

v.

MARK A. WEIAND and
LORI R. WEIAND,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THE COURT, having reviewed the Stipulation to Dismiss with Prejudice signed by all parties, hereby Orders that the within action is dismissed *with prejudice*, each party to pay his or her own costs and attorney's fees.

So Ordered this 7th day of September, 2012.

BY THE COURT:

s/ Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge